UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEIRDRE CLARK,

    Plaintiff,

v.

VICTORIA A. LIPNIC,

    Defendant.

Case No. 18-cv-00654-JCS

**ORDER DENYING REQUEST FOR RECONSIDERATION**

Re: Dkt. No. 35

Non-party Michael Buesgens, also known as Nevada Smith, pro se, filed requests for the Court to reopen this case and require the terms of the parties' settlement to be placed on the record, apparently to support his own separate litigation against the defendant in this case, the Equal Employment Opportunity Commission ("EEOC"). The Court denied those requests.

Buesgens has now filed a request for reconsideration. This Court's local rules require that any party seeking reconsideration must first file a motion for leave to file a motion for reconsideration. Civ. L.R. 7-9(a). Buesgens has not sought leave to file his present motion, and that alone is reason for denial. Regardless, even if Buesgens had sought leave, the Court would deny it, because Buesgens is not a party to this case and has no cognizable interest in it. If Buesgens has any right to review the EEOC's settlement agreements with other litigants in cases separate from his own—an issue on which this Court expresses no opinion; he might well not have any such right—the avenue for him to do so would be through discovery in his own lawsuit, or perhaps a request under the Freedom of Information Act, not filing motions in cases where he is not a party.[1]

---

[1] Buesgens's request for reconsideration cites a provision of the EEOC Regional Attorney's Manual stating that "[o]nce the Commission has filed suit, the agency will not enter into settlements that are subject to confidentiality provisions." By its terms, that manual governs cases *brought by* the EEOC, not cases where the EEOC is named as a defendant.

Buesgens's request for reconsideration is DENIED, and any further filings by Buesgens in this action will not receive a response.

**IT IS SO ORDERED.**

Dated: August 1, 2019

_____
JOSEPH C. SPERO
Chief Magistrate Judge